IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE CLEVER FACTORY, INC., a Tennessee corporation, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:11-cv-1187 District Judge Sharp |
| v. | ) ) | Magistrate Judge Griffin |
| KINGSBRIDGE INTERNATIONAL, INC., a California corporation, and Does 1-20, | ) ) ) ) ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the conference call with the Court on January 8, 2013, the parties have informed the Court that they have agreed to the following briefing schedule related to Defendant's Motion for Summary Judgment [D. E. 53]:

Plaintiff's Response Shall be Due:           March 4, 2013

Defendant's Reply Shall be Due:           March 18, 2013.

It is so ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge

1

The Filing User hereby represents that all signatories hereto agree to the filing of this document.

APPROVED FOR ENTRY:

s/Heather J. Hubbard
Robb S. Harvey (Tenn. BPR No. 011519)
Heather J. Hubbard (Tenn. BPR No. 023699)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Phone: (615) 244-6380
rharvey@wallerlaw.com
heather.hubbard@wallerlaw.com

Tedd S. Levine, Esq. (*pro hac vice*)
LAW OFFICES OF TEDD S. LEVINE, LLC
1305 Franklin Avenue, Suite 300
Garden City, NY 11530
Phone: (516) 294-6852
lawofficesofteddslevine@gmail.com

*Counsel for Plaintiff*


s/Edward R. Schwartz, with permission
Edward R. Schwartz (*pro hac vice*)
CHRISTIE, PARKER & HALE, LLP
655 North Central Avenue, Suite 2300
Glendale, CA 91203-1445
Phone: (626) 795-9900

James R. Michels (Tenn. BPR No. 21604)
Jennifer L. Kovalcik (Tenn. BPR No. 30003)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219
Phone: (615) 244-5200
randy.michels@stites.com
jkovalcik@stites.com

*Counsel for Defendant*

2
10547163.2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing [Proposed] Order was electronically filed with the Court and served upon the following counsel of record via the Court's Electronic Case Filing system on this 8th day of February 2013:

> James R. Michels
> Jennifer L. Kovalcik
> STITES & HARBISON, PLLC
> 401 Commerce Street, Suite 800
> Nashville, TN 37219
>
> Edward R. Schwartz
> CHRISTIE, PARKER & HALE, LLP
> 655 North Central Avenue, Suite 2300
> Glendale, CA 91203-1445

s/Heather J. Hubbard