IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE CLEVER FACTORY, INC. | ) | |
| | ) | |
| v. | ) | No. 3-11-1187 |
| | ) | |
| KINGSBRIDGE INTERNATIONAL, | ) | |
| INC.; RITE AID CORPORATION; THE | ) | |
| ANDERSONS, INC.; NASH FINCH | ) | |
| COMPANY; SAFEWAY INC.; | ) | |
| INSULAR TRADING COMPANY, INC; | ) | |
| VARIETY DISTRIBUTORS INC.; | ) | |
| KMART INC.; ACE HARDWARE | ) | |
| CORPORATION; DUCKWALL-ALCO | ) | |
| STORES, INC.; C&S WHOLESALE | ) | |
| GROCERS INC.; SIERRA PACIFIC | ) | |
| CRAFTS; GROCERS SUPPLY | ) | |
| COMPANY, INC.; SUPERVALU INC; | ) | |
| and DOES 1-20 | ) | |

O R D E R

On May 20, 2013, the plaintiff filed eleven (11) notices of acceptance of offers of judgment (Docket Entry Nos. 103-113).

In accord with Rule 68(a) of the Federal Rules of Civil Procedure, judgment is hereby entered as follows:

1.    In the amount of three thousand one hundred fifty dollars and no cents ($3,150.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Ace Hardware Corporation and in favor of plaintiff The Clever Factory, Inc.;

2.    In the amount of eight hundred fifty dollars and no cents ($850.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant C&S Wholesale Grocers, Inc. and in favor of plaintiff The Clever Factory, Inc.;

3.    In the amount of six thousand eight hundred fifty dollars and no cents ($6,850.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Duckwall-Alco Stores, Inc. and in favor of plaintiff The Clever Factory, Inc.;

4.     In the amount of seven hundred fifty dollars and no cents ($750.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Grocers Supply Company, Inc. and in favor of plaintiff The Clever Factory, Inc.;

5.     In the amount of one thousand eight hundred fifty dollars and no cents ($1,850.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Insular Trading Company, Inc. and in favor of plaintiff The Clever Factory Inc.;

6.     In the amount of two thousand seven hundred fifty dollars and no cents ($2,750.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Nash Finch Company and in favor of plaintiff The Clever Factory, Inc.;

7.     In the amount of ten thousand five hundred and fifty dollars and no cents ($10,550.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Safeway, Inc. and in favor of plaintiff The Clever Factory, Inc.;

8.     In the amount of two hundred seventy dollars and no cents ($270.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Sierra Pacific Crafts and in favor of plaintiff The Clever Factory, Inc.;

9.     In the amount of four hundred fifty dollars and no cents ($450.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Supervalu, Inc. and in favor of plaintiff The Clever Factory, Inc.;

10.    In the amount of two hundred sixty dollars and no cents ($260.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant The Andersons, Inc. and in favor of plaintiff The Clever Factory, Inc.; and

11.    In the amount of three hundred eighty dollars and no cents ($380.00), inclusive of any and all attorneys' fees, expenses, and costs, against defendant Variety Distributors, Inc. and in favor of plaintiff The Clever Factory.

The Clerk is directed to enter judgment against these eleven defendants pursuant to Rule 58(a) and Rule 79 of the Federal Rules of Civil Procedure in accord with Rule 68(a).

The Clerk is further directed to terminate Ace Hardware Corporation, C&S Wholesale Grocers, Inc., Duckwall-Alco Stores, Inc., Grocers Supply Company, Inc., Insular Trading Company, Inc, Nash Finch Company, Safeway Inc., Sierra Pacific Crafts, Supervalu Inc., The Andersons, Inc., and Variety Distributors, Inc. as defendants on the docket in this case.

The plaintiff's claims remain pending against Kingsbridge International, Inc., Rite Aid Corporation, and Kmart Inc.

It is so ORDERED.


_____
JULIET GRIFFIN
United States Magistrate Judge