IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE CLEVER FACTORY, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:11-1187 |
| | ) | |
| KINGSBRIDGE INTERNATIONAL, INC., et al. | ) | |

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Motion for Summary Judgment filed by Defendant Kingsbridge International, Inc. (Docket Entry No. 53) is DENIED in all respects except that the motion is GRANTED as to Count V of the First Amended Complaint and Count V is DISMISSED.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge