IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| THE CLEVER FACTORY, INC. | ) | |
| | ) | |
| v. | ) | NO. 3:11-1187 |
| | ) | |
| KINGSBRIDGE INTERNATIONAL, INC., et al. | ) | |

**O R D E R**

In accordance with the contemporaneously entered Memorandum, the Plaintiff's cross motion for partial summary judgment (Docket Entry No. 60) is DENIED.

So ORDERED.

_____
JULIET GRIFFIN
United States Magistrate Judge