IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


THE CLEVER FACTORY, INC.      )
                       )
    v.                 )     NO. 3:11-1187
                       )
KINGSBRIDGE INTERNATIONAL, INC., et al.  )


**O R D E R**

In accordance with the contemporaneously entered Memorandum:

1) the motion for partial summary judgment filed by Defendants Kingsbridge International, Inc. and Rite Aid Corporation (Docket Entry No. 140) is GRANTED as to Counts II, III, IV, and VI of the First Amended Complaint and these Counts are DISMISSED. The motion for partial summary judgment is DENIED in all other respects; and

2) the Plaintiff's motion for reconsideration (Docket Entry No. 148) is DENIED.

So ORDERED.


JULIET GRIFFIN
United States Magistrate Judge