IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF TENNESSEE,
NASHVILLE DIVISION

# JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| THE CLEVER FACTORY, INC. <br> a Tennessee Corporation <br> <br> v. <br> <br> KINGSBRIDGE INTERNATIONAL, INC., <br> a California Corporation; and <br> RITE AID CORPORATION, <br> a Delaware Corporation | CASE NO: 3:11-1187 |

✓ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED that the jury found as follows:

1. The Defendants' infringement of Copyright Registration No. VA 1-409-212 (Old Maid) commenced prior to April 25, 2007, and continued through early 2012.

2. The Defendants' infringement of Copyright Registration No. VA 1-409-168 (Matching) commenced prior to April 25, 2007, and continued through early 2012.

3. The Defendants' infringement of Copyright Registration No. VA 1-409-169 (Crazy Eights) commenced prior to April 25, 2007, and continued through early 2012.

4. The Defendants' infringement of Copyright Registration No. VA 1-711-547 (Go Fish) commenced prior to July 18, 2008, and continued through early 2012.

5. The Defendants' infringement of Copyright Registration No. TX 6-568-476 (Old Maid Instructions) commenced prior to April 25, 2007, and continued through early 2012.

6. The Defendants' infringement of Copyright Registration No. Txu 1-355-067 (Crazy Eights Instructions) commenced prior to April 25, 2007, and continued through early 2012.

In accordance with the verdict of the jury, JUDGMENT is hereby entered in favor of the Defendants.

June 20, 2014  KEITH THROCKMORTON, CLERK
DATE

BY Jeanne Woodall Cox
DEPUTY CLERK